**Order entered December 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01393-CV

**HARMEL & CAR, INC. D/B/A RIGHT AT HOME, Appellant**

**V.**

**MARIA COLLINS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02515**

## ORDER

Before the Court is appellee's December 18, 2014, unopposed motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than January 5, 2015.

/s/      CRAIG STODDART
JUSTICE